UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FERNANDO GOMEZ, on behalf of himself, all others similarly situated, and the general public,<br><br>          Plaintiff - Appellant,<br><br>   v.<br><br>ELITE LABOR SERVICES WEEKLYS, LTD., an Illinois corporation and ELITE STAFFING, INC., an Illinois corporation,<br><br>          Defendants - Appellees,<br><br>and<br><br>SOUTHLAND EMPLOYMENT SERVICES, INC., a California corporation,<br><br>          Defendant. | No. 24-3261<br><br>D.C. No.<br>3:21-cv-03860-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| FERNANDO GOMEZ,<br><br>          Plaintiff - Appellee,<br><br>   v.<br><br>ELITE LABOR SERVICES WEEKLYS, LTD. and ELITE STAFFING, INC.,<br><br>          Defendants - Appellants. | No. 24-3594<br>D.C. No.<br>3:21-cv-03860-MMC<br>Northern District of California,<br>San Francisco |

Defendants-Appellees' Request for Judicial Notice, filed October 30, 2024, is GRANTED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

24-3261